UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS AARON HUNGERFORD,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
(Sexual Exploitation of a Child)

On or about August 16, 2023, in Kent County, in the Southern Division of the Western District of Michigan,

THOMAS AARON HUNGERFORD

knowingly used and attempted to use a minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct, knowing, and having reason to know that such visual depictions were produced using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce.

Specifically, the defendant used an Apple iPhone to record a video named img_6408~video.mov, which involved the lascivious exhibition of the genitals of Victim 1, a minor under 18 years of age, and then moved the video onto a SanDisk removable storage device. Both the Apple iPhone and SanDisk storage device were manufactured outside the State of Michigan.

**18 U.S.C. § 2251(a) and (e)**

## COUNT 2
(Distribution of Child Pornography)

On or about November 6, 2023, in Kent County, in the Southern Division of the Western District of Michigan,

THOMAS AARON HUNGERFORD

knowingly distributed child pornography using a means and facility of interstate or foreign commerce or that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

Specifically, the defendant transmitted video file part7209412529044078450.mms.mp4 from his residence in Grandville, Michigan to another person in Omaha, Nebraska. This video file depicted a minor child engaged in sexually explicit conduct.

**18 U.S.C. § 2252A(a)(2)(A) and (b)(1)**
**18 U.S.C. § 2256(8)(A)**

## COUNT 3
(Distribution of Child Pornography)

On or about February 1, 2024, in Kent County, in the Southern Division of the Western District of Michigan,

THOMAS AARON HUNGERFORD

Knowingly distributed child pornography using a means and facility of interstate or foreign commerce or that had been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

Specifically, the defendant transmitted video file part4153790158333581395.mms.mp4 from his residence in Grandville, Michigan to another person in Omaha, Nebraska. This video file depicted a minor child engaged in sexually explicit conduct.

**18 U.S.C. § 2252A(a)(2)(A) and (b)(1)**
**18 U.S.C. § 2256(8)(A)**

## **FORFEITURE ALLEGATION**
(Sexual Exploitation of a Child and Distribution of Child Pornography)

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C. § 2251 and 18 U.S.C. § 2252A,

THOMAS AARON HUNGERFORD

shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251 or 2252A; any matter which contains any such visual depiction that was produced, transported, mailed, shipped, and received in violation of Title 18, United States Code, Chapter 110; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property. The property to be forfeited, as to Counts One through Three, includes, but is not limited to, the following:

- Apple iPad Model A1893 S/N: G7WW1JMJF8M
- Apple iPhone IMEI: 352838111049471
- Sandisk Thumb Drive SDIX60N064G
- Sandisk Thumb Drive Model #: SDIX30.

**18 U.S.C. § 2253**
**18 U.S.C. § 2251**
**18 U.S.C. § 2252A**
**18 U.S.C. § 2256**

A TRUE BILL

_[ /s/ Redacted ]_
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
TIMOTHY VERHEY
Assistant United States Attorney