UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

THOMAS AARON HUNGERFORD,

        Defendant.
_____/

No. 1:24-CR-00092

Hon. Paul L. Maloney

INDICTMENT
**PENALTY SHEET**

### COUNT 1: Sexual Exploitation of a Minor, 18 U.S.C. § 2251(a)

**Mandatory Minimum Penalty:** 15 years imprisonment [18 U.S.C. § 2251(e)]
**Maximum Penalty:** 30 years imprisonment [18 U.S.C. § 2251(e)]
**Supervised Release:** 5 years to life [18 U.S.C. § 3583(k)]
**Special Assessment:** $100 [18 U.S.C. § 3013]
**Additional Special Assessment:** $5,000 [18 U.S.C. § 3014] and not more than $50,000 [18 U.S.C. § 2259A]
**Restitution:** Amount of direct and proximate harm [18 U.S.C. § 3663]; Mandatory [18 U.S.C. § 3663A]
**Other**: Sex offender registration

### COUNTS 2 & 3: Distribution of Child Pornography – 18 U.S.C. § 2252A(a)(2)

**Mandatory Minimum Penalty:** 5 years imprisonment [18 U.S.C. § 2252A(b)(1)]
**Maximum Penalty:** 20 years imprisonment [18 U.S.C. § 2252A(b)(1)] and $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** 5 years to life [18 U.S.C. § 3583(k)]
**Special Assessment:** $100 [18 U.S.C. § 3013]
**Additional Special Assessment:** $5,000 [18 U.S.C. § 3014] and not more than $35,000 [18 U.S.C. 2259A]
**Restitution:** Amount of direct and proximate harm [18 U.S.C. § 3663]; Mandatory [18 U.S.C. § 3663A]

**FORFEITURE**

Date: June 20, 2024                                     /s/ Timothy VerHey
                                                        Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046