## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Thomas Aaron Hungerford | | DISTRICT JUDGE: Paul L. Maloney |
|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:24-cr-92 | 2/18/2025 | 2:38 p.m. - 3:18 p.m. | Kalamazoo | |

### APPEARANCES

| Government: Timothy P. VerHey and Meagan D. Johnson | Defendant: Pavol Fabian | Counsel Designation: CJA Appointment |
|---|---|---|

### TYPE OF HEARING
- [ ] Arraignment:
  - [ ] mute    [ ] nolo contendre
  - [ ] not guilty    [ ] guilty
- [ ] Final Pretrial Conference
- [ ] Detention  (waived __)
- [ ] Motion Hearing
- [ ] Revocation/SRV/PV
- [ ] Bond Violation
- [ ] Change of Plea
- [x] Sentencing
- [ ] Trial
- [ ] Other: ____

### DOCUMENTS
- [ ] Defendant's Rights
- [ ] Waiver of Indictment
- [ ] Other: ____

Court to Issue:
- [ ] Order of Detention
- [ ] Notice of Sentencing
- [ ] Order Appointing Counsel
- [ ] Other: ____

### CHANGE OF PLEA
Charging Document:
  [ ] Read    [ ] Reading Waived

Guilty Plea to Count(s) ____
of the ____

Count(s) to be dismissed at sentencing: ____

- [ ] Presentence Report Ordered
- [ ] Presentence Report Waived
- [ ] Plea Accepted by the Court
- [ ] Plea Taken under Advisement
- [ ] No Written Plea Agreement

### SENTENCING

Imprisonment: 180 months
Probation: n/a
Supervised Release: 10 years
Fine: $ 0.00
Restitution: $ 2,561.80
Special Assessment: $ 100.00
JVTA  $5,000.00

Plea Agreement Accepted:  [x] Yes  [ ] No
Defendant informed of right to appeal:  [x] Yes  [ ] No
Counsel informed of obligation to file appeal:  [x] Yes  [ ] No

Conviction Information:
  Date: 10/25/2024
  By: Plea
  As to Count (s): 1 of the Indictment

**ADDITIONAL INFORMATION:**
Counts 2 and 3 are dismissed upon motion by the government

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Lauret Henry | **Case Manager:** A. Redmond |